JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FREDERICK DARREN BERG,<br>Defendant. | ) | NO. CR10-310 RAJ<br><br>DEFENDANT'S MOTION AND MEMORANDUM OF LAW FOR REVOCATION OF MAGISTRATE JUDGE'S DETENTION ORDER<br><br>**Note for Motion: December 10, 2010**<br><br>**Oral Argument Requested** |

Darren Berg,[1] by his attorneys, Assistant Federal Public Defenders Jay Stansell and Erik Levin, respectfully move, pursuant to 18 U.S.C. § 3145(b) and Local Rule W.D. Wash. MJR 11, for an order revoking the Magistrate Judge's Detention Order entered December 1, 2010 (Dkt. No. 16).

Mr. Berg is appealing the Magistrate Court's finding that he poses such a serious risk of flight and danger to the community that no conditions could reasonably ensure his appearance and the safety of the community. 18 U.S.C. § 3142(f)(2)(A) and (e).

[1] Although Mr. Berg's given name is Frederick Darren Berg, he goes by his middle name.

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

This Court's review of the magistrate's pretrial detention order is *de novo*. 18 U.S.C. § 3145(b); *United States v. Koenig*, 912 F.2d 1190, 1192-93 (9th Cir. 1990). Specifically, this Court must "review the evidence before the magistrate" and any additional evidence proffered by the parties "and make its own independent determination whether the magistrate's findings are correct, with no deference." *Koenig*, 912 F.2d at 1193.

In support of his motion, Mr. Berg requests that the Court consider the documents previously filed in this case, including the Government's Motion for Detention (Dkt 3 in *United States v. Berg*, 10 mj-442 [BAT]), the Defendant's Motion and Memorandum of Law in Support of Request for Release on Conditions (Dkt. No. 15), and the Magistrate Court's Detention Order (Dkt. 17), and the transcript of the detention hearing before Magistrate Judge Mary Alice Theiler. A copy of the transcript will be delivered to chambers.

For the reasons stated in his Motion and Memorandum of Law in Support of Request for Release on Conditions, it is respectfully submitted that the Court should revoke the Magistrate Court's Detention Order and release Mr. Berg on the conditions outlined at pages 16-17 of his Motion and Memorandum of Law in Support of Request for Release on Conditions (Dkt. No. 15), any other terms the Court deems appropriate.

DATED this 2nd day of December 2010.

Respectfully submitted,

s/ Erik B. Levin
New York State Bar No. 4049268
Attorney for Frederick Darren Berg
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
erik_levin@fd.org

MOTION AND MEMORANDUM OF LAW
FOR REVOCATION OF MAGISTRATE JUDGE'S
DETENTION ORDER- 2
(*Frederick Darren Berg*, CR10-310 (RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

s/Jay W. Stansell
WSBA No. 18752
Attorney for Frederick Darren Berg
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
jay_stansell@fd.org

MOTION AND MEMORANDUM OF LAW
FOR REVOCATION OF MAGISTRATE JUDGE'S
DETENTION ORDER- 3
(*Frederick Darren Berg*, CR10-310 (RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Norman Barbosa
Carl Blackstone
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

and I further certify that I have faxed the document to the following non CM/ECF participants:

Sara Johnson
United States Probation Officer
700 Stewart Street, Suite 11101
Seattle, WA 98101

s/Karen A. Crawford
Paralegal
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile

MOTION AND MEMORANDUM OF LAW
FOR REVOCATION OF MAGISTRATE JUDGE'S
DETENTION ORDER- 4
(*Frederick Darren Berg*, CR10-310 (RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**