# EXHIBIT 1

## Was DB's Mail to Dan Matthias Obstructionist?



(a). You've been badly beaten and are missing most of your front teeth.

(b). You have multiple dental appointments, starting tomorrow, to reconstruct your mouth.

(c). You have a court date of your own tomorrow.

(d). You just arrived back in Seattle within the last few hours.

(e). You haven't had time to find an attorney to represent you.

"If I were you, I would schedule an appointment to talk with him and give him a firm date because you don't want to appear as though you're not being cooperative with him. And I want you to be cooperative with him. Whatever date you schedule to meet with him, make sure you don't miss that meeting because it would be bad if he has to wait to meet with you until the date you schedule and then you don't make that meeting."