**EXHIBIT 2**

Does DB represent a flight risk? If so, why didn't he flee?
Trustee appointed for DB's personal bankruptcy
DB places his personal estate into bankruptcy
Trustee appointed for mortgage and real estate into bankruptcy
Mortgage and real estate funds placed into bankruptcy
FBI and DOJ learn of issues at Meridian
Meridian misses $2 mil. Pmt. due 6/15 - whole world knows of financial issues at Meridian
DB is only person in the world that knows of pending doom (inability to pay $2 mil. Pmt. due 6/15)
DB has unfettered access to two private jets capable of reaching anywhere in the world
DB has unfettered access to yacht parked in Roche Harbor, 10 min. from Canada border
DB has access to MTR Canada Treasury ($1 Million Dollars)
DB prepays 1 yr. lease in L.A.
DB has his passport
DB has 225k at TD Ameritrade
DB buys automobile in L.A.
OPPORTUNITY #1 (9 WEEKS)
No one other than DB knows of impending doom on June 15, 2010
OPPORTUNITY #2 (5 WEEKS)
The whole world knows. The pressure is on.
OPPORTUNITY #3 (7 WEEKS)
Money sits at TD Ameritrade and then is used to prepay rent and buy a car
APR 15
APR 22
APR 29
MAY 6
MAY 13
MAY 20
MAY 27
JUN 3
JUN 10
JUN 17
JUN 24
JUL 1
JUL 8
JUL 15
JUL 22
JUL 29
AUG 5
AUG 12
AUG 19
AUG 26
SEP 2
SEP 9
SEP 16
SEP 23
SEP 30
OCT 7
OCT 14
OCT 21

