**EXHIBIT 4**

Meridian announces it will place Mortgage Funds in bankruptcy.
Bank Accounts Levied (First Time)
Bank Accounts Levied (Second Time)
Bank Accounts Levied (Third Time)
Bank Accounts Levied (Fourth Time)
Mortgage Funds placed into bankruptcy
DB's Bank Account Frozen
Trustee Calvert appointed over Mortgage Funds
DB Meets with FBI, US DOJ and trustee Calvert to negotiate voluntary transfer of assets owned by DB. Parties decide on a private receivership
Small group of "Rogue" investors obtain pre-judgement writ of attachment and serve it against DB and Meridian Assets
DB forced to file personal bankruptcy, scuttling plans of private receivership and cooperation
DB is debtor-in-possession of bankruptcy estate, but cash resources are frozen
Meridian sells real estate, netting approximately $400,000. Meridian is not in bankruptcy and is, thus subject to pre-judgement writ of attachment. DB fears funds will be levied.
DB pays $50,000 to Criminal Counsel, $100,000 to his personal account to cover outstanding checks already mailed to pay bankruptcy estate expenses, and $225,000 to DB517. DB517 is not subject to pre-judgement writ of attachment
DB uses $210,000 of $375,000 transfered to pay legitimate expenses of the bankruptcy estate. The remaining $165,000 is used to pre-pay for a place to live, to buy a car or remains in cash. Trustee carey has recovered approx. $50,000 in cash. All funds are accounted for.
Trustee Carey appointed over DB personal bankruptcy estate
FRI JUN 25
MON JUN 28
TUE JUN 29
WED JUN 30
THU JUL 1
FRI JUL 2
MON JUL 5
TUE JUL 6
WED JUL 7
THU JUL 8
FRI JUL 9
MON JUL 12
TUE JUL 13
WED JUL 14
THU JUL 15
FRI JUL 16
MON JUL 19
TUE JUL 20
WED JUL 21
THU JUL 22
FRI JUL 23
MON JUL 26
TUE JUL 27
WED JUL 28
THU JUL 29
FRI JUL 30
MON AUG 2
TUE AUG 3
WED AUG 4
THU AUG 5
FRI AUG 6
MON AUG 9
TUE AUG 10
WED AUG 11
THU AUG 12
FRI AUG 13
MON AUG 16
TUE AUG 17
WED AUG 18
THU AUG 19
FRI AUG 20

